[No. 16731-0-II.     Division Two.     October 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HERMAN
LEE PROPPER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-00684-7, James D. Ladley, J., entered December 3, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 16111-7-II.     Division Two.     October 4, 1994.]

MICHAEL DAVIDSON, *Appellant*, v. EUGENE MCCLEES, ET
AL, *Respondents*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 91-2-00275-2, David R. Draper, J., entered May
1, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 15705-5-II.     Division Two.     October 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
DAVID HATFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 91-1-00834-5, John N. Skimas, J., entered January 16, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.